UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM STREGE, | No. 2:25-cv-00814-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| LAUNCHING ALL PLANETS NUCLEAR MISSILES, et al., | |
| Defendants. | |

    The court is in receipt of plaintiff's request to receive electronic notifications (ECF No. 4) and to participate in electronic filing pursuant to Local Rule 133(b)(3) (ECF No. 7). The court has reviewed the filing and DENIES the request to e-file (ECF No. 7). Findings and recommendations to dismiss this case as delusional are pending (ECF No. 5), and plaintiff's objections have already been filed (ECF No. 6). Considering the nature and procedural posture of this case, the undersigned finds e-filing status inappropriate.

    Although the motion to utilize the CM/ECF system to file documents (ECF No. 7) is denied and plaintiff will continue to file paper documents with the Court through conventional means, the motion to electronic service of documents (ECF No. 4) is GRANTED. The Clerk is DIRECTED to configure plaintiff's account so that plaintiff will receive immediate email notifications when documents are filed in the case. Plaintiff consents to receive service of

documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D).

IT IS SO ORDERED.

DATED: April 23, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2