UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM STREGE, | No. 2:25-cv-0814 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| LAUNCHING ALL PLANETS NUCLEAR MISSILES, et al., | |
| Defendants. | |

    Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21).

    On April 1, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 5.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 6.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.  Accordingly, IT IS HEREBY

ORDERED that:

1. The findings and recommendations filed April 1, 2025, are adopted in full;
2. All claims against all defendants are DISMISSED with prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**July 11, 2025**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2